IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JAMES CORDERO,

      Plaintiff,

v.

SOLGEN POWER LLC and VERITY CREDIT UNION,

      Defendants.

VERITY CREDIT UNION,

      Third-Party Plaintiff,

v.

LOANHOMI, LLC fka VOLTANA INDIRECT INC.,

      Third-Party Defendant.

No. 3:23-cv-01701-MO

PARTIAL JUDGMENT UNDER Fed. R. Civ. P. 54(b) CONFIRMING ARBITRATION AWARD

**MOSMAN, J.,**

    The Court, finding no just reason for delay, enters judgment under Fed. R. Civ. P. 54(b) on all claims between and among Plaintiff James Cordero and Defendant Solgen Power, LLC as follows:

    (a) Plaintiff James Cordero is awarded $3,738.27 on his fraud claim against defendant Solgen Power LLC, plus costs of $812.50, for a total of $4,550.77. Postjudgment

1 – PARTIAL JUDGMENT UNDER Fed. R. Civ. P. 54(b) CONFIRMING ARBITRATION AWARD

interest shall be calculated on this amount at the rate of 9% simple interest under ORS 82.010(1)(a) from the June 3, 2025, arbitration award until paid.

(b) All other claims asserted between James Cordero and Solgen Power LLC are hereby dismissed with prejudice, and without an award of costs or attorney fees to any party. The dismissed claims include James Cordero's claims against Solgen Power LLC for violations of the Truth in Lending Act and the Oregon Unlawful Debt Collection Practices Act and Solgen Power LLC's conditional counterclaim against James Cordero for unjust enrichment.

IT IS SO ORDERED.

DATED this 7th day of October, 2025.

*/s/ Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge

2 – PARTIAL JUDGMENT UNDER Fed. R. Civ. P. 54(b) CONFIRMING ARBITRATION AWARD