**KEVIN H. KONO**, OSB #023528
kevinkono@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon  97205-2771
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

**FREDERICK B. BURNSIDE**, OSB #096617
fredburnside@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone:  (206) 757-8016
Facsimile:  (206) 757-7016

  Attorneys for Defendant Solgen Power LLC
  and Third-Party Defendant LoanHomi, LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JAMES CORDERO,**<br><br>   Plaintiff,<br><br> v.<br><br>**SOLGEN POWER LLC** and **VERITY CREDIT UNION,**<br><br>   Defendants.<br>------------------------------------------------------<br>**VERITY CREDIT UNION,**<br><br>   Third-Party Plaintiff,<br><br> v**.**<br><br>**LOANHOMI, LLC fka VOLTANA INDIRECT INC.,**<br><br>   Third-Party Defendant. | Case No. 3:23-cv-01701-MO<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE OF VERITY CREDIT UNION'S CROSS-CLAIM AGAINST SOLGEN POWER LLC AND VERITY CREDIT UNION'S THIRD-PARTY CLAIM AGAINST LOANHOMI, LLC** |

Page 1 – STIPULATED JUDGMENT OF DISMISSAL

166055463.1 4899-8473-6369v.2 0122084-000005
4899-8473-6369v.3 0122084-000005

DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon  97205-2771
(503) 241-2300 main · (503) 778-5299 fax

Pursuant to Fed. R. Civ. P. 54(b) and the stipulation of Defendant/Third-Party Plaintiff Verity Credit Union ("Verity"), Defendant Solgen Power LLC ("Solgen"), and Third-Party Defendant Loanhomi, LLC fka Voltana Indirect Inc. ("Loanhomi"), by and through their respective counsel, and Verity, Solgen, and LoanHomi agreeing that there is no just reason for delay, Verity and Solgen hereby stipulate to a judgment of dismissal without prejudice of Verity's cross-claim against Solgen and Verity and LoanHomi hereby stipulate to a judgment of dismissal without prejudice of Verity's third-party claim against Loanhomi, LLC.  Verity, Solgen, and Loanhomi agree to each bear their own attorney fees and costs.

IT IS SO STIPULATED:

DATED this 4th day of November 2025.

s/ *Kendall Gourley-Paterson*

Kendall Gourley-Paterson, OSB #186093
John S. Poulos, OSB # 112599
LEWIS BRISBOIS BISGAARD & SMITH LLP
john.poulos@lewisbrisbois.com
kendall.gourley-paterson@lewisbrisbois.com

*Attorneys for Defendant/Third-Party Plaintiff Verity Credit Union*

Kevin H. Kono, OSB #023528
Frederick B. Burnside, OSB #096617
DAVIS WRIGHT TREMAINE LLP
kevinkono@dwt.com
fredburnside@dwt.com

*Attorneys for Defendant Solgen Power LLC and Third-Party Defendant Loanhomi, LLC*

The Court, finding that there is no just reason for delay, SO ORDERS the entry of this final judgment of dismissal without prejudice of Verity's cross-claim against Solgen and this final judgment of dismissal without prejudice of Verity's third-party claim against Loanhomi, LLC, without costs or fees to any party.

DATED this __12____ day of November 2025.

*Michael W. Mosman*

Michael W. Mosman
U.S. District Court Judge

166055463.1 4899-8473-6369v.2 0122084-000005
4899-8473-6369v.3 0122084-000005

DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon  97205-2771
(503) 241-2300 main · (503) 778-5299 fax